■ In the Matter of AMANDA L., a Person Alleged to be a Juvenile Delinquent, Appellant. [820 NYS2d 514]—Appeal from order,

Family Court, Bronx County (Monica Drinane, J.), entered on or about July 25, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Buckley, P.J., Mazzarelli, Saxe, Williams and McGuire, JJ.